**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>LAKELAND HOSPITAL ACQUISITION, LLC, d/b/a LAKELAND BEHAVIORAL HEALTH SYSTEM, and ACADIA HEALTHCARE COMPANY, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cv-03711-MBB |

**DEFENDANT ACADIA HEALTHCARE COMPANY, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM**

Defendant Acadia Healthcare Company, Inc. ("AHC") respectfully submits this Motion to Dismiss pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction or, in the alternative, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. In support of this Motion, AHC relies on the arguments and authorities set forth in, and the exhibits attached to, its Suggestions in Support.

Dated: October 23, 2026

**DUANE MORRIS LLP**

/s/ *Thomas E. Sanchez*
Owen K. Newman, #56223
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
(312) 499-6700
oknewman@duanemorris.com

James H. Steigerwald (*pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000
JHSteigerwald@duanemorris.com

Thomas E. Sanchez (*pro hac vice*)
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112
(412) 497-1000
TESanchez@duanemorris.com

*Attorneys for Defendant*
*Acadia Healthcare Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which will serve all counsel of record.

/s/ *Thomas E. Sanchez*
Thomas E. Sanchez