**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br>v.<br><br>LAKELAND HOSPITAL ACQUISITION, LLC, d/b/a LAKELAND BEHAVIORAL HEALTH SYSTEM, and ACADIA HEALTHCARE COMPANY, INC.,<br><br>Defendants. | Civil Action No.: 6:26-cv-03711-MBB |

**MOTION OF DEFENDANT LAKELAND HOSPITAL ACQUISITION, LLC TO DISMISS PLAINTIFF'S PETITION PURSUANT TO FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that Defendant Lakeland Hospital Acquisition, LLC d/b/a Lakeland Behavioral Health System ("Lakeland") moves to dismiss Plaintiff's Petition under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's claims are time-barred pursuant to § 516.105 RSMo. In support of this motion, Lakeland submits the accompanying Suggestions in Support.

Respectfully submitted,

By:*/s/ Bethany Parsons*
Bethany G. Parsons, #61967
Jeffrey D. Upp, #69471
TURNER, REID, DUNCAN, LOOMER & PATTON, P.C.
1355 East Bradford Parkway, Suite A
Springfield, Missouri 65804

Joseph J. McHale (pro hac vice forthcoming)
Anne Schmidt Frankel (pro hac vice

forthcoming)
Michael J. Wise (pro hac vice forthcoming)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

*Attorneys for Defendant Lakeland Hospital Acquisition, LLC*