IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANE DOE**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LAKELAND HOSPITAL ACQUISITION, LLC, d/b/a LAKELAND BEHAVIORAL HEALTH SYSTEM, and ACADIA HEALTHCARE COMPANY, INC**<br><br>**Defendants.** | ) | **Case No. 6:26-CV-03711-MBB** |

**<u>NOTICE OF DISMISSAL OF DEFENDANTS LAKELAND HOSPITAL ACQUISITION, LLC, D/B/A LAKELAND BEHAVIORAL HEALTH SYSTEM, AND ACADIA HEALTHCARE COMPANY, INC. WITHOUT PREJUDICE</u>**

COMES NOW Plaintiff, Jane Doe by and through her attorneys, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i)hereby gives notice that the above-captioned action is voluntarily dismissed against Defendants Lakeland Hospital Acquisition, LLC d/b/a Lakeland Behavioral Health System and Acadia Healthcare Company, Inc. without prejudice with each party bearing their own costs.

ACCORDINGLY, this dismissal is taken without prejudice to the refiling of the same.

Respectfully submitted,

BY */s/ Ryan D. Frazier*

RYAN D. FRAZIER, #69081
PHILLIP R. MARTENS,#69213
MONSEES & MAYER, P.C.
1021 E Walnut Street
Springfield, MO 65806
(417) 866-8688
rfrazier@monseesmayer.com
rmartens@monseesmayer.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which sent an electronic copy of the foregoing to the following:


Bethany G. Parsons
Jeffrey D. Upp
TURNER, REID, DUNCAN, LOOMER
& PATTON, P.C.
1355 East Bradford Parkway, Suite A
Springfield, MO 65804
bparsons@trdlp.com
jupp@trdlp.com


and


Joseph J. McHale
Anne Schmidt Frankel
Michael J. Wise
STRADLEY RONON STEVENS &
YOUNG LLC
2005 Market Street, Suite 2600
Philadelphia, PA 19103
JMcHale@stradley.com


ATTORNEYS FOR DEFENDNATS

/s/ *Ryan D. Frazier*
Ryan D. Frazier